FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00273-CV

**THE HELPFUL COMPUTER GUY, LLC**,
Appellant

v.

Christina **WHIPPLE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV05563
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was originally due September 11, 2020. Appellant has been granted two previous extensions of time in which to file its brief, the latest until October 16, 2020. Each of these extensions was based on appellate counsel's scheduling conflicts. In its third unopposed motion for an extension of time, appellate counsel states the parties "have reengaged in settlement negotiations [and] exchanged offers." Appellant requests an extension until October 30, 2020.

The motion is GRANTED and appellant's brief is due **no later than October 30, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court